UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSUE PAGUADA, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

COLLAGE.COM, INC.,

                      Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-01089-JPC

**NOTICE OF SETTLEMENT**

Plaintiff Josue Paguada ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Collage.com, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: July 14, 2022                      **MIZRAHI KROUB LLP**

                                                  /s/ Edward Y. Kroub
                                                EDWARD Y. KROUB

- 2 -

          EDWARD Y. KROUB
          JARRETT S. CHARO
          WILLIAM J. DOWNES
          200 Vesey Street, 24th Floor
          New York, NY 10281
          Telephone: 212/595-6200
          212/595-9700 (fax)
          ekroub@mizrahikroub.com
          jcharo@mizrahikroub.com
          wdownes@mizrahikroub.com

*Attorneys for Plaintiff*