UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JOSUE PAGUADA, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

COLLAGE.COM, INC.,

          Defendant.

----------------------------------------x

Case No.: 1:22-cv-01089-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Josue Paguada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Collage.com, Inc.

DATED: August 24, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: August 26, 2022
New York, New York

JOHN P. CRONAN
United States District Judge